In the Matter of the Application of TERESE G. SPIEGELBERG, as Beneficiary Named in the Application for Membership in the New York City Employees' Retirement System of FREDERICK SPIEGELBERG, Deceased, Petitioner, Appellant, for a Peremptory Order of Mandamus against FIORELLO H. LAGUARDIA and Others, Constituting the Board of Estimate and Apportionment of the City of New York, as Head and Trustees of the New York City Employees' Retirement System, Respondents.*

First Department, June 24, 1938.

*George A. Spiegelberg* of counsel [*Mack, McCauley, Spiegelberg & Gallagher*, attorneys], for the appellant.

*Seymour B. Quel* of counsel [*Nicholas Bucci* with him on the brief; *William C. Chanler, Corporation Counsel*, attorney], for the respondents.

PER CURIAM. We are of the opinion that the deductions made by the trustees from the " annuity " part of the retirement allowance were unauthorized (*Matter of Benedict* v. *LaGuardia*, 252 App. Div. 540; affd., 277 N. Y. 674); and also that the petitioner is entitled to receive $2,708.89, which is the balance remaining in the " pension " fund on the date of death.

Accordingly, the order of Special Term should be reversed, with twenty dollars costs and disbursements, and a peremptory order granted to the extent indicated.

* Revg. 165 Misc. 813.

Present — MARTIN, P. J., O'MALLEY, GLENNON, UNTERMYER and DORE, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and a peremptory order granted to the extent indicated in opinion. Settle order on notice.